IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONALD BROWN**                                                                                    **PETITIONER**

CASE NO. 4:20-CV-95-BD

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                       **RESPONDENT**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 13th day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE